IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | | |
|---|---|---|
| WILLIAM CAVITT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Docket No. 2:06cv80 |
| | ) | Judge Greer/Judge Inman |
| BOB WILLS, AKA BOBBY RAY WILLS, AKA W.B. WILLS; BETTY SUE WILLS; SAM GERHARDT, AKA S.L. GERHARDT; DEBORAH GERHARDT, D/B/A MOUNTAIN PARK BOARDING ACADEMY, AARON SMITH, AND PALM LANE BAPTIST CHURCH, INC., | ) ) ) ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

## MOTION TO DISMISS

Comes now Plaintiff and moves the Court to dismiss this case either with or without prejudice, as the Court deems proper. Upon inquiry by Plaintiff counsel, the Defendants declined to stipulate to a dismissal without prejudice, but have not responded with respect to a stipulated dismissal with prejudice.

Respectfully submitted,

WILLIAM CAVITT, Plaintiff

1

By: /s/ Oscar Stilley<br>
Oscar Stilley, Attorney at Law<br>
701 S. 21st Street<br>
Fort Smith, AR 72901<br>
Ark. Bar # 91096<br>
(479) 573.0726 phone<br>
(479) 573.0647 fax<br>
oscar@oscarstilley.com

**CERTIFICATE OF SERVICE**

I, Oscar Stilley, by my signature above certify that I have this August 31, 2007 served the defendants with a copy of this pleading electronically by CM/ECF to:

Brian H. Trammell
Kennerly, Montgomery & Finley, PC
P O Box 442
Knoxville, TN 37901-0442

Rebecca Brake Murray
Kennerly, Montgomery & Finley, PC
P O Box 442
Knoxville, TN 37901-0442