## IN THE UNITED STATES DISTRIC COURT
## EASTERN DISTRICT OF TENNESSEE
## AT GREENEVILLE

| | |
|---|---|
| WILLIAM CAVITT, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>BOB WILLS, AKA BOBBY RAY )<br>WILLS, AKA W. B. WILLS; BETTY )<br>SUE WILLS; SAM GERHARDT, AKA )<br>S. L. GERHARDT; DEBORAH )<br>GERHARDT, AKA DEBBIE )<br>GERHARDT, DBA MOUNTIAN PARK )<br>BOARDING ACADEMY, AARON )<br>SMITH, AND PALM LANE BAPTIST )<br>CHURCH, INC., )<br>)<br>Defendants. ) | Docket No. 2:06cv80 |

## STIPULATION AND ORDER OF DISMISSAL
## WITH PREJUDICE

The parties hereto, by and through their respective counsel of record, represent to the Court that the Plaintiff acknowledges that the Motion for Summary Judgment [Dkt. Nos. 43-45] previously filed by the Defendants pursuant to Rule 56 of the Federal Rules of Civil Procedure is well taken and should be granted and therefore that the captioned case should be dismissed, with full prejudice.

Accordingly, it is **ORDERED** that the above captioned matter in its entirety is hereby dismissed with full prejudice to the re-bringing of same. Each party shall bear their own respective costs and attorneys' fees.

ENTER this 19 day of September, 2007.

_____
JUDGE

**APPROVED FOR ENTRY**

*/s/ Oscar Stilley*

Oscar Stilley, Esq.
~~2120 North B. Street~~ 701 South 21st Street
Ft. Smith, AR 72901
(479) 573-0726


KENNERLY, MONTGOMERY & FINLEY, P.C.

By */s/ Rebecca B. Murray*

Brian H. Trammell, BPR #010140
Rebecca B. Murray, BPR# 011622
Attorney for Defendants, Bob Wills aka Bobby
Ray Wills aka B. Bills, Betty Sue Wills,
Sam Gerhardt aka S. L. Gerhardt, Deborah Gerhardt
aka Debbie Gerhardt dba Mountain Park Boarding
Academy, and Palm Lane Baptist Church, Inc
4th Floor, Bank of America Center
550 Main Street
Knoxville, Tennessee 37902
(865) 546-7311